**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| Corkeitha Hicks, individually, on behalf of all others similarly situated, and on behalf of the Plan,<br><br>Plaintiffs,<br><br>v.<br><br>Waffle House, Inc.,<br><br>Defendant. | Case No. 1:26-cv-5066-ELR |

**<u>DEFENDANT WAFFLE HOUSE INC.'S MOTION TO COMPEL ARBITRATION AND STAY ACTION</u>**

Defendant Waffle House, Inc. ("WHI"), pursuant to 9 U.S.C. §§ 3 and 4 of the Federal Arbitration Act ("FAA"), respectfully moves this Court for an order compelling Plaintiff Corkeitha Hicks ("Plaintiff") to arbitrate Counts I and II of her Complaint (ECF No. 1) against WHI on an individual basis in accordance with the arbitration agreement that she entered into with WHI, and staying the action.

This Motion is based on the accompanying Brief in Support and supporting declaration and exhibits, and such other written and oral argument as may be presented to the Court.

Respectfully submitted this 6th day of October, 2026.

*/s/ R. Blake Crohan*
R. Blake Crohan
Georgia Bar No. 512642
Beth K. Boatright
Georgia Bar No. 409481
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree St., Suite 4900
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: blake.crohan@alston.com
Email: beth.boatright@alston.com

*Counsel for Waffle House, Inc.*

**CERTIFICATE OF SERVICE AND TYPE-SIZE COMPLIANCE**

Pursuant to LR 5.1, the foregoing pleading is prepared in Times New Roman font, 14 point, and I hereby certify that the foregoing document was filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record.

*/s/ R. Blake Crohan*

R. Blake Crohan
Georgia Bar No. 512642
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree St., Suite 4900
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: blake.crohan@alston.com

*Counsel for Waffle House, Inc.*