**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

Corkeitha Hicks, individually, on behalf of all others similarly situated, and on behalf of the Plan,

Plaintiffs,

v.

Waffle House, Inc.,

Defendant.

Case No. 1:26-cv-5066-ELR

**INDEX OF EXHIBITS TO DEFENDANT WAFFLE HOUSE, INC.'S BRIEF IN SUPPORT OF ITS MOTION TO COMPEL ARBITRATION AND STAY ACTION**

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 1. | Declaration of Scarlet Valencia in Support of Defendant Waffle House Inc.'s Motion to Compel Arbitration |
| A. | Separation Notice for Plaintiff Corkeitha Hicks ("Plaintiff") – Dated September 27, 2024 |
| B. | Employment Application and Arbitration Agreement of Plaintiff – Dated October 9, 2024 (Contains PII redactions) |
| C. | Employment Application and Arbitration Agreement of Plaintiff – Dated June 1, 2026 (Contains PII redactions) |

Dated: October 6, 2026

*/s/ R. Blake Crohan*

R. Blake Crohan
Georgia Bar No. 512642
Beth K. Boatright
Georgia Bar No. 409481
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree St., Suite 4900
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: blake.crohan@alston.com
Email: beth.boatright@alston.com

*Counsel for Waffle House, Inc.*