# EXHIBIT A

0MYFAVQ4M2A

# WAFFLE HOUSE
# SEPARATION NOTICE

Employee Name: **CORKEITHA HICKS** Employee ID: **900428979**

Unit Number: **809** Last Day Worked: **09/27/2024**

Eligible for Rehire: ☐ Yes ☒ No (Pending approval by Division Manager)

## REASON FOR SEPARATION

- ☐ 1. Violation of Attendance Control Policy
- ☐ 2. Violation of Ten laws of Management Conduct
- ☐ 3. Violation of Anti-Harassment Policy
- ☐ 4. Violation of Non-Discrimination Policy
- ☐ 5. Violation of Non-Retaliation Policy
- ☐ 6. Suspicion of Theft / Theft
- ☐ 7. Failure to Report to Work / Quit (without notice)
- ☐ 8. Resignation / Quit (with notice)
- ☐ 9. Violation of Substance Abuse and Drug Testing Policy
- ☐ 10. Violation of Safety/Security Policy
- ☐ 11. Violation of Payroll Administration Policy
- ☐ 12. Violation of Appearance Policy
- ☐ 13. Unsatisfactory Job Performance
- ☒ 14. Insubordination to Superior
- ☐ 15. Threatening to or Striking Another
- ☐ 16. Position Elimination
- ☐ 17. Falsification of Employment or any Business Related Information
- ☐ 18. Failure to Perform Assigned Duties
- ☐ 19. Intentional/Reckless/Neglectful Destruction of Property/Food
- ☐ 20. Excessive Shortages on Shift
- ☐ 21. Resignation/Unable to Work Due to Medical Restrictions
- ☐ 22. Associate was Not Eligible for Rehire (based on prior employment)
- ☒ 23. Other Violation of Associate Conduct Policy:

136107

- ☐ 24. Other Violation:
- ☐ 25. Other:

Employer's name: **WAFFLE HOUSE**

Employer's Address: **P.O. Box 6450**
**Norcross, GA 30091**
**Attn: Unemployment**

Telephone Number: **770-729-5700**

Manager's Initials: **BJP**

Manager's Name: **BENJAMIN PETITT**

Date Submitted: **10/24/2024 15:16:55**

Approved by: