# EXHIBIT B

# Corkeitha Hicks

App(v3)

HAPP ID: H00874689
AppDate: 10/9/2024
Unit: #1801

## Personal Information

| | |
|---|---|
| **FIRSTNAME** | Corkeitha |
| **LASTNAME** | Hicks |
| **LAST 4 SSN** | [redacted] |
| **EMAIL** | chicks503@gmail.com |
| **PHONE** | 4783943775 |
| **STREET ADDRESS** | [redacted] |
| **CITY** | Forsyth |
| **STATE** | GA |
| **ZIP** | 31029 |
| **PREFERRED CONTACT** | Text |

## Criminal Background Information (Ban the Box - No)

1. **HAVE YOU EVER BEEN CONVICTED OF, OR PLED GUILTY TO, ANY OF THE FOLLOWING? MURDER, RAPE, CHILD MOLESTATION, ARMED ROBBERY, OR KIDNAPPING.**
   No
2. **WITHIN THE LAST 5 YEARS, HAVE YOU BEEN CONVICTED OF, OR PLED GUILTY TO ONE OF THE FOLLOWING? ROBBERY, SEXUAL ASSAULT, AGGRAVATED ASSAULT, AGGRAVATED BATTERY, OR ACCESSORY TO MURDER.**
   No
3. **ARE YOU A REGISTERED SEX OFFENDER?**
   No

## Work Related

**1. ARE YOU LEGALLY ELIGIBLE FOR EMPLOYMENT IN THE U.S?**

Yes

**2. THE JOB FOR WHICH YOU ARE APPLYING FOR INCLUDES, BUT IS NOT LIMITED TO, THE FOLLOWING ESSENTIAL JOB FUNCTIONS: BENDING, LIFTING, STRETCHING AND STANDING ON YOUR FEET FOR A FULL 7 - 10 HOUR SHIFT. CAN YOU DO THIS WITH OR WITHOUT AN ACCOMMODATION?**

Yes

**3. I HEREBY CERTIFY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND HEREBY GRANT WAFFLE HOUSE PERMISSION TO VERIFY SUCH ANSWERS**

Yes

**4. INSERT YOUR INITIALS HERE INDICATING YOUR EXPLICIT WAIVER OF YOUR RIGHT TO A JURY TRIAL FOR EMPLOYMENT DISPUTES TO APPLICANTS**

Clh

WAFFLE HOUSE

## MANDATORY ARBITRATION OF PRE-EMPLOYMENT AND/OR EMPLOYMENT DISPUTES

In consideration of the mutual promises to arbitrate and/or acceptance and/or review of this Application by Waffle House, Inc. or by any of its wholly owned subsidiaries ("Waffle House") and/or any offer of employment made by Waffle House on or after the date of this Application, Waffle House and I agree that any dispute or claim concerning this Application, my employment or potential for employment with Waffle House or the terms, conditions or benefits of such employment or potential employment, or whether such dispute or claim is arbitrable, will be settled by final and binding arbitration to be conducted in accordance with the Employment Arbitration Rules and Mediation Procedures of the American Arbitration Association in effect at the time a demand for arbitration is made. This provision shall be construed as broadly as possible and claims that shall be conclusively determined by binding arbitration include:

- any claims which I may have against Waffle House and its respective directors, officers, employees or agents or that Waffle House and its respective directors, officers, employees or agents may have against me arising from:
  - this Application
  - any pre-employment actions or omissions by Waffle House,
  - my employment relationship with Waffle House, including claims related to any criminal, credit, reference or other background type check or verification that Waffle House may make prior to or during my actual or potential employment with Waffle House,
  - pay, wages or benefits,
  - discipline or termination of employment,
  - discrimination, harassment (except as expressly excluded in Section 2 below), or retaliation for reporting incidents or complaints

I understand that this agreement to binding arbitration is an express condition precedent to Waffle House's acceptance and/or review of this Application and to my employment with Waffle House, if any, and that if I do not wish this provision to bind me as an employee or potential employee of Waffle House, I must refrain from submitting this Application to Waffle House.

**A more complete description of the Arbitration Program is set forth below and I acknowledge receipt of that description.**

**I also acknowledge that I have carefully read the terms of the Arbitration Program and that whether or not employed by Waffle House after submitting this Application, for purposes of the Arbitration Program, I will be considered an "associate" under the Arbitration Program.**

**I also acknowledge that I understand the terms of the Arbitration Program, that I have accepted these terms voluntarily, and that by such acceptance I am giving up my right to a jury trial with respect to the claims described above and the claims covered under Section 1 of the Arbitration Program.**

**If I am employed by Waffle House, the terms of the Arbitration Program may be replaced and superseded by an arbitration agreement signed or otherwise accepted (such as by electronic signature and/or acknowledgment) by both Waffle House and myself; provided, however, the terms of the Arbitration Program shall continue to apply with respect to any claim covered under Section 1 of the Arbitration Program that arose prior to my employment with Waffle House to the extent the same is not considered a claim covered under such subsequently executed arbitration agreement.**



Electronically signed and acknowledged by:

Corkeitha Hicks on 10/9/2024 6:53:56 AM, [108.162.237.211] - H00874689

WAFFLE HOUSE

## ARBITRATION PROGRAM

1. **Claims covered:** Except as otherwise provided herein, any and all claims, past, present, or future, that an associate may have against Waffle House, or against any of its respective shareholders, officers, directors, employees or agents in their capacity as such or otherwise, or that Waffle House, or any of its respective shareholders, officers, directors, employees or agents may have against an associate and include, without limitation:

- claims that, in the absence of this Arbitration Program, would have been heard in a court of competent jurisdiction under applicable state or federal law;
- claims for wages or other compensation due;
- claims for workers' compensation benefits arising from an injury or illness occurring where permitted by applicable law;
- claims for breach of any contract or covenant whether express or implied;
- tort claims;
- claims for discrimination or harassment (except as expressly excluded in Section 2 below), including but not limited to, race, color, sex, sexual orientation, religion, national origin, age, marital status, medical condition, handicap, disability, pregnancy, genetic information, or military status, whether under Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act of 1990, as amended, the Age Discrimination in Employment Act of 1967, as amended, the Uniformed Services Employment and Reemployment Rights Act, as amended, the Genetic Information Nondiscrimination Act, or any other federal, state or local statutes;
- claims under the Fair Labor Standards Act, as amended, the Family and Medical Leave Act of 1993, as amended and the Equal Pay Act of 1963, as amended;
- claims for retaliation arising from or concerned with any laws or statutes described herein;
- claims arising from or concerned with Waffle House's various stock ownership plans, stock option plans, or stock option bonus plans, if any;
- claims for benefits, except claims under an employee benefit plan that either specifies that its claims procedure shall culminate in an arbitration procedure different than this one or is underwritten by a commercial insurance carrier which decides claims; and
- claims for violation of any federal, state or other governmental law, statute, regulation or ordinance, except claims excluded elsewhere in this Arbitration Program.

2. **Claims not covered:** The following claims are not covered under the Arbitration Program: (i) Workers' Compensation benefits, state disability insurance benefits or unemployment insurance benefits; however, it does apply to retaliation claims based upon seeking such benefits claims; and (ii) disputes that may not be subject to pre-dispute arbitration agreements as expressly provided by controlling law, including without limitation the Federal Arbitration Act's prohibition on compelled binding arbitration of sexual harassment disputes or sexual assault disputes. Notwithstanding the foregoing, nothing in this Arbitration Program prohibits an associate from voluntarily consenting post-dispute to binding arbitration of sexual harassment disputes or sexual assault disputes.

Nothing in this Arbitration Program prevents an associate from making a report to or filing a claim or charge with a governmental agency, including without limitation, the Equal Employment Opportunity Commission, U.S. Department of Labor, Securities Exchange Commission, National Labor Relations Board, Occupational Safety and Health Administration, Office of Federal Contract Compliance Programs, or law enforcement agencies, and nothing in this Arbitration Program prevents the investigation by a government agency of any report, claim or charge otherwise covered by this Arbitration Program. This Arbitration Program also does not prevent federal administrative agencies



Electronically signed and acknowledged by:

Corkeitha Hicks on 10/9/2024 6:53:56 AM, [108.162.237.211] - H00874689

WAFFLE HOUSE

from adjudicating claims and awarding remedies based on the claims addressed in this paragraph, even if the claims would otherwise be covered by this Arbitration Program.

3. **Filing of Claims**:

- The aggrieved party must file any claims covered by this Arbitration Program within the applicable statute of limitations as may be prescribed by law.
- Written notice of such claims shall be sent to Waffle House at 5986 Financial Drive, Norcross, GA 30071, Attention: Legal Department.
- Written notice of any claim against an associate shall be sent to the address to which the associate's most recent W-2 statement of earnings was sent.
- The notices shall identify and describe the nature of all claims asserted and the facts upon which such claims are based and shall be sent to the other party by certified or registered mail return receipt requested.

4. **Early informal resolution:**

- Prior to initiating a demand for arbitration under this Arbitration Program, an associate may pursue informal resolution of his/her claims by contacting Waffle House's Associate Hotline at 1-800-818-6943.
- The Associate Hotline Administrator will then arrange a meeting with the appropriate persons(s) to facilitate the review and potential resolution of any claims.
- If an associate uses this procedure through the conclusion of Waffle House's review of its claims, Waffle House will pay the associate's portion of the AAA filing fee (or its equivalent, up to $150) associated with any subsequent arbitration of the associate's claims.

5. **Arbitration Procedures:**

- After the filing of a claim, the parties shall have a minimum of 30 days (or more, if the parties mutually agree) to informally agree upon an arbitrator or upon an arbitration firm to administer the arbitration. If no arbitrator or arbitration firm is selected within 30 days, the American Arbitration Association ("AAA") will administer the arbitration.
- Regardless of whether AAA or some other arbitrator or arbitration firm administers the arbitration, the arbitration shall be held in accordance with the terms of this Arbitration Program and AAA's then-current Employment Arbitration Rules and Mediation Procedures ("AAA Rules"). However, if there is a conflict between the AAA Rules and this Arbitration Program, then this Arbitration Program controls.
- A copy of AAA's current Employment Arbitration Rules and Mediation Procedures are available online at AAA's website [www.adr.org] or by calling AAA [(800) 778-7879].
- The arbitrator shall be either a retired judge or an attorney experienced in the field of employment law and licensed to practice law in the state in which the arbitration is convened (the "Arbitrator").
- Unless the parties agree on an alternate location, the arbitration shall take place in or near the city in which the associate was last employed by Waffle House. In the event the associate was not hired, the arbitration shall take place in or near the city in which the associate last applied to work at Waffle House.
- If no arbitrator is informally selected by the parties within 30 days as described above, then the Arbitrator shall be selected from a list of eleven (11) arbitrators drawn by the AAA from its panel of employment dispute arbitrators. The parties shall strike names alternatively from the list until only one name remains. The party who did not initiate the claim shall strike first. The person whose name remains shall be designated the Arbitrator. If for any reason, the individual selected cannot serve, AAA will issue a wholly different list of eleven (11) arbitrators and repeat the alternate striking selection process. If for any reason the AAA will not administer the arbitration, either party may apply to a court of competent jurisdiction with authority over the location where the arbitration will be conducted to appoint a neutral Arbitrator.



Electronically signed and acknowledged by:

Corkeitha Hicks on 10/9/2024 6:53:56 AM, [108.162.237.211] - H00874689

WAFFLE HOUSE

- The Arbitrator shall apply the substantive law (and the law of remedies, if applicable) of the state in which the claim arose, or federal law, or both, as applicable to the claims asserted. The Arbitrator is without jurisdiction to apply any different substantive law, or law of remedies.
- The Arbitrator, and not any federal, state, or local court or agency, shall have authority to resolve any dispute relating to the interpretation, applicability, enforceability or formation of this Arbitration Program and its application to any associate, including but not limited to any claim that all or any part of the Arbitration Program is void or voidable. However, the preceding sentence shall not apply to the Class Waiver set forth below in Section 6, and any challenges relating to the interpretation, applicability, enforceability or formation of the Class Waiver may only be resolved by a court of competent jurisdiction. Additionally, the first sentence of this bullet point shall not apply to sexual harassment disputes or sexual assault disputes.
- The parties have the right to file and the Arbitrator will have the authority to hear and decide dispositive motions and/or a motion to dismiss and/or a motion for summary judgment filed by any party, and the Arbitrator shall apply the standards governing such motions under the Federal Rules of Civil Procedure. The Arbitrator will set a briefing schedule for such motion(s) upon the request of either party.

- Each party may take the deposition of no more than three (3) individual fact witnesses and depositions of any witness(es) designated by another party as an expert witness, regardless of the number of such expert witnesses. Each party also may propound no more than twenty (20) requests for production of documents (inclusive of subparts) and no more than twenty (20) interrogatories (inclusive of subparts) to any party. Each party retains the right to subpoena witnesses and documents for discovery or the arbitration hearing, including testimony and documents relevant to the case, from third parties. Additional discovery exceeding the aforementioned limitations may be conducted by mutual stipulation of the parties. If no such mutual consent can be achieved, the Arbitrator will have exclusive authority to entertain requests by the parties for additional discovery, and to grant or deny such requests, based on the Arbitrator's determination of whether the additional discovery is warranted by the circumstances of a particular case.
- The arbitration shall be final and binding upon the parties, except as provided in this Arbitration Program.
- Either party shall, upon request, be given leave to file a post-hearing brief within a time set by the Arbitrator. The Arbitrator shall render an award and opinion in the form typically rendered in labor and employment arbitrations.

6. **No Class, Collective, Consolidated, and/or Multi-Claimant Action Arbitrations ("Class Waiver"): There will be <u>no</u> right or authority for any dispute to be brought, heard, or arbitrated as a class, collective, consolidated, and/or multi-claimant action. Nor will the Arbitrator have any authority to hear or arbitrate any such dispute.** Neither party shall be entitled to join or consolidate claims in arbitration by or against other Waffle House employees or job applicants, or arbitrate any claim as a representative or member of a class or collective action capacity. The Class Waiver will be severable from this Arbitration Program in any case in which there is a final judicial determination that the Class Waiver is invalid, unenforceable, unconscionable, void or voidable. In such case, the class and/or collective action, to that extent, must be litigated in a civil court of competent jurisdiction—not in arbitration—but any part of the Class Waiver that is enforceable will be enforced.

7. **Fees and Costs:** Except pursuant to Section 4 above, the parties shall bear their respective arbitration filing fees (from AAA or from whatever arbitration firm the parties jointly select). Waffle House shall bear the administrative costs of the arbitration and the fees and costs of the Arbitrator.



Electronically signed and acknowledged by:

Corkeitha Hicks on 10/9/2024 6:53:56 AM, [108.162.237.211] - H00874689

WAFFLE HOUSE

8. **Offer of Judgment:** Unless required otherwise by law (including the common law), a party may make an offer of judgment pursuant to, and within the time limitations, consequences, and effects provided in, Rule 68 of the Federal Rules of Civil Procedure. The offer shall be served on the offeree in the same manner in which other papers are served in the arbitral proceeding. The offer shall not be served on the Arbitrator, except that if the offer is accepted, either party may then file with the Arbitrator the offer and notice of acceptance together with proof of service thereof. The Arbitrator shall then immediately render an award as provided by the offer, and the arbitration proceedings shall then be terminated. If the offer is not accepted, the offer shall not be used as evidence in the arbitration proceedings and, following the issuance of the Arbitrator's award, the offeror may file a motion for costs with the Arbitrator, who shall retain jurisdiction to decide the motion and award costs to the offeror as warranted.

9. **Judicial Review:** The award issued by the Arbitrator may be entered in any court of competent jurisdiction, and judicial review shall be governed by the Federal Arbitration Act and any federal common law interpreting that Act.

10. **Sanctions:** To the extent allowed by applicable law and if the claim(s) or counterclaim(s) brought by either party in arbitration allow for imposition of sanctions, the Arbitrator may award either party its reasonable attorneys' fees and costs, including reasonable expenses associated with production of witnesses or proof, upon a finding that the claim or counterclaim was frivolous or brought solely to harass the associate or Waffle House. This provision shall be interpreted and enforced pursuant to the standards set forth in Rule 11 of the Federal Rules of Civil Procedure and/or 28 U.S.C. § 1927, and any common law interpreting the same.

11. **General:**

- This Arbitration Program may not be amended, modified or terminated unless such amendment, modification or termination is in writing and signed or otherwise accepted (such as by electronic signature and/or acknowledgment) by both Waffle House and the associate.
- The terms of this Arbitration Program shall survive the termination of an associate's employment with Waffle House and the expiration of any benefit plan, and will also apply whether a job applicant is hired or not.
- Waffle House's acceptance and/or review of this Application shall indicate Waffle House's express agreement with the terms of this Arbitration Program. Accordingly, Waffle House hereby agrees to the terms of this Arbitration Program.

12. **Federal Arbitration Act and Severability:**

- This Arbitration Program shall be governed by and interpreted in accordance with the Federal Arbitration Act and any federal common law interpreting that Act.
- Subject to the Class Waiver above, should any provision of this Arbitration Program be adjudged void, illegal, or otherwise unenforceable, in whole or in part, and cannot be modified to be enforceable, such provision shall immediately become null and void, leaving the remainder of this Arbitration Program in full force and effect.



Electronically signed and acknowledged by:

Corkeitha Hicks on 10/9/2024 6:53:56 AM, [108.162.237.211] - H00874689

Acknowledge you have read and accepted the attached Mandatory Arbitration or Pre-Employment and/or Employment Disputes Artitration Program.

☑ Mandatory Arbitration of Pre-Employment and/or Employment Disputes Arbitration Program

Clh Insert your initials here indicating your explicit WAIVER OF YOUR RIGHT TO A JURY TRIAL FOR EMPLOYMENT DISPUTES

Electronically signed and acknowledged by:
Corkeitha Hicks on 10/9/2024 6:53:56 AM, [108.162.237.211] - H00874689