**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **CORKEITHA HICKS,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**WAFFLE HOUSE, INC.**<br><br>**Defendant.** | Civil Action No.:<br>1:26-cv-05066-ELR |

**PLAINTIFF'S RESPONSE TO DEFENDANT WAFFLE HOUSE, INC.'S MOTION TO COMPEL ARBITRATION**

COMES NOW, Plaintiff in the above-referenced action, and hereby files the following response to the Motion to Compel Arbitration filed by Defendant Waffle House, Inc. (ECF No. 16). As grounds hereto, Plaintiff states as follows:

1. This case arises out of Waffle House, Inc.'s improper collection and utilization of a tobacco surcharge imposed on participants of its health plan. Plaintiff's original Complaint asserts three claims: ERISA statutory violation claims under Counts I and II, and a breach of fiduciary duty claim under ERISA in Count III.

2. On October 6, 2026, Defendant moved to compel arbitration of Count I and Count II. Defendant does not move to compel arbitration of Count III and concedes that Count III is a non-arbitrable claim. (ECF No. 16-1, p. 22).[1]

[11] Breach of fiduciary duty claims seeking plan-wide relief, such as Count III of Plaintiffs Complaint, are not subject to class waivers like that referenced by Defendant pursuant to the Eleventh Circuit's pronouncement is *Williams v. Shapiro* 2025 WL 3625999 (11th Cir. Dec. 15, 2025) (following a majority of circuits in finding that class bans on representative claims such as breach of fiduciary duty are unenforceable pursuant to the "vindication of statutory rights" doctrine). Defendant's Arbitration Agreement and Class Action Waiver calls for such claims to be pursued in civil court. (Exhibit 1-B to Defendant's Motion).

3. Plaintiff intends to proceed with her breach of fiduciary duty claim for plan-wide relief asserted in Count III in this action. Plaintiff has no intention to proceed, either in arbitration or in this Court, with her individual or class claims for ERISA statutory violations asserted in Count I and Count II. Accordingly, Plaintiff is filing herewith a Motion for Leave to Amend and attaching a proposed First Amended Complaint which drops Count I and Count II, and further clarifies that Plaintiff is only proceeding with the breach of fiduciary duty claim for plan-wide relief under 29 U.S.C. §§ 1109(a) and 1132(a)(2).

Dated: November 11, 2026

Respectfully submitted,

*/s/ R. Brent Irby*
R. Brent Irby
Georgia Bar No.: 224232
Lyons Irby, LLC
2201 Arlington Avenue South
Birmingham, Alabama 35205
Telephone: (205) 335-9102
Facsimile: (866) 618-4629
brent@lyonsirby.com

*/s/ William Greg Dobson*
William Greg Dobson
Georgia Bar No.: 237770
William Greg Dobson, PC
333 Northside Drive, Suite A
Macon, GA 31210
Email: wgd@lddlawyers.com

*Counsel forPlaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 11, 2026, I electronically filed the above and foregoing document via the Court's CM/ECF system, which will send notification of said filing to all counsel of record.

*/s/ Brent Irby*

R. Brent Irby